UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS, *et al.*, | No. C-11-4580 EMC |
| Plaintiffs, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE** |
| BANK OF AMERICA, *et al.*, | |
| Defendants. | |
| _____/ | |

The Court hereby orders Plaintiffs to provide supplemental briefing and/or evidence as follows:

    (1)    Evidence that the summons and complaint were served on each Defendant in accordance with Federal Rule of Civil Procedure 4.

    (2)    Briefing establishing that Plaintiffs' service of the Court's order granting Plaintiffs' motion for a TRO and other TRO-related papers was compliant with the Federal Rules of Civil Procedure or otherwise appropriate.

Supplemental papers shall be filed and served by September 28, 2011.

IT IS SO ORDERED.

Dated: September 27, 2011

_____
EDWARD M. CHEN
United States District Judge