WARGO & FRENCH LLP
Mark Block (SBN 115457)
mblock@wargofrench.com
515 S. Flower Street - 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3500
Facsimile: (310) 553-5317

Attorney for Defendant
**JPMorgan Mortgage Acquisition Corp.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>PlaintiffS,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | Case No. CV 11 4580<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING A CONTINUANCE OF THE TEMPORARY RESTRAINING ORDER AND THE OSC RE PRELIMINARY INJUNCTION<br><br>Current Hearing Date: September 30, 2011<br>Current Hearing Time: 1:30 p.m.<br>Ct. Rm.: 5<br>Judge: Hon. Edward M. Chen<br><br>Proposed Hearing Date: ~~October 28, 2011~~<br>November 4, 2011 |

## RECITALS

1. On September 15, 2011, in Court Room 5 of the above-captioned Court, Plaintiffs applied *ex parte* for a temporary restraining order (TRO) to enjoin the sale of the residential property located at 220 Johnstone Drive, San Rafael, California, and for an Order to Show Cause (OSC) re: the Preliminary Injunction.

2. The Court granted Plaintiffs' application and set the OSC re: Preliminary Injunction for hearing on September 30, 2011, at 1:30 p.m. in Court Room 5 of the above-captioned Court. The deadline for each Defendant's opposition was set for September 26, 2011.

3. On September 23, 2011, Plaintiffs and Defendant J.P. Morgan Mortgage Acquisition Corporation's ("JPMMAC") counsel discussed postponing the September 30, 2011 hearing on the order to show cause. JPMMAC's counsel also contacted counsel for Marix about same. The parties agreed to seek a brief postponement of the September 30, 2011 hearing.

## STIPULATION

A. The parties stipulate to continue the effectiveness of the terms of the TRO order of September 19, 2011 until this matter is heard, and request that the Court reset the hearing date on the OSC re: Preliminary Injunction, to October 28, 2011, or such later date based on the Court's availability.

B. The parties stipulate that each Defendant's opposition shall be served to all parties and filed with the Court by October 14, 2011. Any reply shall be served on all parties and filed with the Court on October 21, 2011. The parties hereto stipulate that service of the opposition and reply may be accomplished by hand delivery, fax or e-mail.

C. All previous pleading which have not been served on Defendants, if any, shall be served no later than October 7, 2011.

//
//
//
//
//
//
//
//
//
//
//
//
//

2

1     Due to the reasons stated herein, the parties respectfully request that the Court grant the
2 extension.

3
4 Dated: September 26, 2011                    WARGO & FRENCH LLP

By: *[signature] Mark Block / JNW*
Mark L. Block
Attorney for Defendant
J.P. Morgan Mortgage Acquisition Corp.

8 Dated: September 28, 2011                    MCCARTHY HOLTHUS, LLP

By: *[signature]*
Andrew Hall
Attorney for Defendant
Marix Servicing, LLC

12 Dated: September __, 2011                    LAW OFFICES OF ROBERT F. KANE

By: _____
Robert F. Kane
Attorney for Plaintiffs
Joann R. Owens and Larry M. Owens

665923v1

Due to the reasons stated herein, the parties respectfully request that the Court grant the extension.

Dated: September __, 2011

WARGO & FRENCH LLP

By:_____
Mark L. Block
Attorney for Defendant
J.P. Morgan Mortgage Acquisition Corp.

Dated: September __, 2011

MCCARTHY HOLTHUS, LLP

By:_____
Andrew Hall
Attorney for Defendant
Marix Servicing, LLC

Dated: September 28, 2011

LAW OFFICES OF ROBERT F. KANE

By:_____
Robert F. Kane
Attorney for Plaintiffs
Joann R. Owens and Larry M. Owens

665923v1

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therein,

**IT IS HEREBY ORDERED**:

The terms of the Temporary Restraining Order issued on September 19, 2011 shall continue until this matter is heard, and the hearing date on the OSC re: Preliminary Injunction currently set for September 30, 2011, at 1:30 p.m. in Court Room 5 of the above-captioned Court, shall be continued to [October 28, 2011] [ November 4 , 2011]. at 1:30 p.m.

All previous pleadings shall be served on Defendants by October 7, 2011.

Any opposition shall be filed and served (hand delivery, fax or e-mail permitted) by counsel for Defendants by October 14, 2011.

Any reply shall be filed and served (hand delivery, fax or e-mail permitted) by counsel for Plaintiff in by October 21, 2011.

Dated: 9/29 , 2011



_____
Hon. ~~Edward M.~~ Chen
~~United States~~ District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4

|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA** |

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 515 S. Flower Street, 36th Floor, Los Angeles, California, 90071.

On September 28, 2011, I served the foregoing document(s) described as: **JOINT STIPULATION AND [PROPOSED]ORDER REQUESTING A CONTINUANCE OF THE TEMPORARY RESTRAINING ORDER AND THE OSC RE PRELIMINARY INJUNCTION** on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):  SEE ATTACHED LIST

☒ **(BY MAIL)** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California.  Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare under penalty of perjury that the above is true and correct.

Executed on September 28, 2011, at Los Angeles, California.

_____
Matthew Klomparens

PROOF OF SERVICE

## SERVICE LIST

Bank of America, National Association
c/o CT Corporation System
818 W. Seventh Street
Los Angeles California, 90017