```
WARGO & FRENCH LLP
Mark L. Block (SBN 115457)
mblock@wargofrench.com
515 S. Flower Street - 36th Floor
Los Angeles, CA 90071
Telephone: (213) 236-3500
Facsimile: (310) 553-5317


Attorney for Defendant
JPMorgan Mortgage Acquisition Corp.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | Case No. CV 11 4580<br><br>[~~PROPOSED~~] ORDER<br><br>Hon. Edward M. Chen |

### ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therein,

**IT IS HEREBY ORDERED**:

The terms of the Temporary Restraining Order issued on September 19, 2011 shall continue until this matter is heard, and the hearing date on the OSC re: Preliminary Injunction currently set for October 28 , 2011, at 1:30 p.m. in Court Room 5 of the above-captioned Court, shall be continued to [~~December 23, 2011~~] January 6, 2012 at 1:30 p.m.

678113v1

1  Any opposition shall be filed and served (hand delivery, fax or e-mail
2  permitted) by counsel for Defendants by December 9, 2011.
3  Any reply shall be filed and served (hand delivery, fax or e-mail permitted) by
4  counsel for Plaintiff in by December 16, 2011.
5  Defendants' response to Plaintiff's Complaint shall be filed and served (hand
6  delivery, fax, or email permitted) by counsel for Defendants by December 30, 2011.

Dated: ___10/21___, 2011



Judge Edward M. Chen
United States District Court
Northern District of California

678113v1