**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | **Case No. 11-cv-04580-EMC**<br><br>**ORDER** |

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing therein,

**IT IS HEREBY ORDERED**:

Defendants J.P. Morgan Mortgage Acquisition Corp., Marix Servicing, LLC, and Bank of America, NA ("Defendants") on behalf of themselves, their agents and assigns, shall not sell the Subject Property located at 220 Johnstone Drive Marin, California during the pendency of this litigation, and shall take no further foreclosure actions against the Subject Property during the pendency of this litigation;

1  Plaintiffs shall be required to post a monthly bond in connection with this
2 stipulated agreement in the amount of $1,092.85, which shall be deposited by
3 Cashier's Check into the trust account for McCarthy Holthus, LLP on the first of
4 every month; and

5  the Order to Show Cause presently set for hearing on January 6, 2012, at 8:30
6 a.m. in Court Room 5 of this Court is VACATED.

7  Defendants' response to Plaintiffs' Complaint shall be filed and served by
8 counsel for Defendants by January 29, 2012.

Dated: __12/30____, 2011



Hon. Edward M. Chen
United States District Judge

678096v1