1  MCGUIREWOODS LLP
   TRACY EVANS MOYER SBN #248276
2  1800 Century Park East
   8th Floor
3  Los Angeles, CA  90067
   Telephone: 310.315.8200
4  Facsimile: 310.315.8210

5  Attorneys for Defendant
   Bank of America N.A.,
6  erroneously sued as Bank of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS | Case No. CV 11 4580 |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | Hon. Edward M. Chen |
| BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive | |
| Defendants. | |

## ORDER

Pursuant to the Stipulation of Plaintiffs and defendant Bank of America, N.A., erroneously sued as Bank of America, and good cause appearing therein,

**IT IS HEREBY ORDERED**:

Bank of America, N.A.'s response to Plaintiffs' Complaint shall be filed on or before February 24, 2012.

Dated: __1/26__, 2012

IT IS SO ORDERED

_____
Hon. Edward M. Chen
United States District Judge

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

          /s/ Tracy Evans Moyer
          Tracy Evans Moyer