1  MCGUIREWOODS LLP
   TRACY EVANS MOYER SBN #248276
2  1800 Century Park East
   8th Floor
3  Los Angeles, CA  90067
   Telephone: 310.315.8200
4  Facsimile: 310.315.8210

5  Attorneys for Defendant
   Bank of America N.A.,
6  erroneously sued as Bank of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | **Case No. CV 11 4580   EMC**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S REQUEST TO APEPAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE ON JANUARY 27, 2012**<br><br>Date:  January 27, 2012<br>Time:  9:00 a.m.<br>Ctrm.:  5<br><br>Judge: Hon. Edward M. Chen |

Having read Defendant Bank of America, N.A.'s request to appear telephonically and good cause showing, the Court grants Bank of America, N.A.'s request to appear telephonically at the Case Management Conference scheduled for January 27, 2012 at 9:00 a.m. in Courtroom 5. Counsel for Defendant will be contacted at (310) 315-8276.

**IT IS HEREBY ORDERED**:

Dated: January 26, 2012

Hon.
United

*IT IS SO ORDERED*
*[signature]*
*Judge Edward M. Chen*

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on January 26, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Eastern District of California using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                            /s/ Tracy Evans Moyer
                                              Tracy Evans Moyer