MCGUIREWOODS LLP
TRACY EVANS MOYER SBN #248276
1800 Century Park East
8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
Bank of America N.A.,
erroneously sued as Bank of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS | **Case No. CV 11 4580** |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | Hon. Edward M. Chen |
| BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive | |
| Defendants. | |

### ORDER

Pursuant to the Stipulation of Plaintiffs and defendant Bank of America, N.A., erroneously sued as Bank of America, and good cause appearing therein,

**IT IS HEREBY ORDERED**:

Bank of America, N.A.'s response to Plaintiffs' Complaint shall be filed on or before February 24, 2012.

Dated: ___2/22_____, 2012

_____
Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

1
[PROPOSED] ORDER