MCGUIREWOODS LLP
TRACY EVANS MOYER SBN #248276
1800 Century Park East
8th Floor
Los Angeles, CA  90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
Bank of America N.A.,
erroneously sued as Bank of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | **Case No. CV 11 4580**<br><br>[~~PROPOSED~~] ~~ORDER~~ AMENDED ORDER<br><br>Hon. Edward M. Chen |

### ORDER

Pursuant to the Stipulation of Plaintiffs and defendant Bank of America, N.A., erroneously sued as Bank of America, and good cause appearing therein,

**IT IS HEREBY ORDERED**:

Bank of America, N.A.'s response to Plaintiffs' Complaint shall be filed on or before ~~February 24, 20~~12.   March 23, 2012.

Dated: __2/22_____, 2012

IT IS SO ORDERED

Judge Edward M. Chen

1
[PROPOSED] ORDER