# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | Case No. CV 11 4580<br><br>[~~PROPOSED~~] ORDER<br><br>Hon. Edward M. Chen |

## ORDER

Pursuant to the Stipulation of the Plaintiffs and Defendant J.P. Morgan Mortgage Acquisition Corp., and good cause appearing therein,

**IT IS HEREBY ORDERED**:

In order to facilitate ongoing settlement discussions, the stipulation is granted and J.P. Morgan Mortgage Acquisition Corp.'s response to Plaintiffs' Complaint shall be filed on or before March 23, 2012. Rule 26 disclosures shall also be exchanged on or before March 23, 2012.

Dated: \_\_\_2/27\_\_\_, 2012

_____
Hon. Edward M. Chen
United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

678096v1