McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS,<br><br>Plaintiff,<br>v.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive.,<br><br>Defendants. | Case No. C-11-4580 EMC<br><br>[~~PROPOSED~~] ORDER<br><br>Judge: Hon. Edward M. Chen |

### ORDER

Pursuant to the Stipulation of Plaintiffs and Defendant Marix Servicing, LLC, and good cause appearing therein,

**IT IS HEREBY ORDERED:**

In order to facilitate ongoing settlement discussions, the stipulation is granted and Marix Servicing, LLC's response to Plaintiffs' Complaint shall be filed on or before March 23, 2012

Dated: 3/1/12

Hon. Ed___
Uni___

*IT IS SO ORDERED*
*Judge Edward M. Chen*

1

**[PROPOSED] ORDER GRANTING EXTENSION TO FILE RESPONSIVE PLEADING**