MCGUIREWOODS LLP
TRACY EVANS MOYER SBN #248276
1800 Century Park East
8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendant
Bank of America N.A.,
erroneously sued as Bank of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | **Case No. CV 11 4580**<br><br>**[PROPOSED] ORDER EXTENDING RESPONSIVE PLEADING AND RULE 26 DISCLOSURE DEADLINE OF DEFENDANTS BANK OF AMERICA, N.A., ERRONEOUSLY SUED AS BANK OF AMERICA, MARIX SERVICING, LLC AND J.P. MORGAN MORTGAGE ACQUISITION CORP.**<br><br>Hon. Edward M. Chen |

## ORDER

Pursuant to the Stipulation between Bank of America, N. A., erroneously sued as Bank of America, Marix Servicing, LLC and J.P. Morgan Mortgage Acquisition Corp. (collectively "Defendants"), and plaintiffs Joann R. Owens and Larry M. Owens ("Plaintiffs") (Plaintiffs and Defendants are collectively referred to as the "Parties"), and good cause appearing therein,

**IT IS HEREBY ORDERED**:

Defendants' response to Plaintiffs' Complaint shall be filed on or before April 23, 2012; and

The parties shall exchange disclosures pursuant to Fed. R. Civ. P. 26 on or before April 23,

1  2012.

2  IT IS SO ORDERED.

3  Dated: ___3/26___, 2012

