UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS AND LARRY M. OWENS,<br><br>   Plaintiffs,<br><br>   vs.<br><br>BANK OF AMERICA, N.A., *ET AL.*,<br><br>   Defendants. | Case No.: 11-cv-4580-YGR<br><br>**ORDER VACATING AND RESETTING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss, set for hearing June 5, 2012, the case management conference currently set for May 7, 2012, is VACATED. The Court RESETS the case management conference for August 27, 2012, at 2:00 p.m.

The parties shall file a joint case management conference statement fourteen days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

**IT IS SO ORDERED.**

Dated: April 26, 2012

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**