United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS AND LARRY M. OWENS,<br><br>        Plaintiffs,<br><br>        vs.<br><br>BANK OF AMERICA, N.A., *ET AL.*,<br><br>        Defendants. | Case No.: 11-cv-4580-YGR<br><br>**ORDER REFERRING CASE FOR ADR ASSESSMENT AND VACATING AND RESETTING HEARING AND BRIEFING SCHEDULE ON MOTIONS TO DISMISS** |

This matter is referred to the Court's ADR Department for assessment as to whether referral to an ADR process in advance of further briefing and consideration of the pending motions to dismiss would be appropriate.

The ADR Department shall schedule a telephone conference with counsel as soon as possible and shall report back to the Court no later than Friday, May 11, 2012.

The June 5, 2012 hearings on the Motions to Dismiss filed by Defendant Bank of America, N.A. (Dkt. No. 56), J.P. Morgan Mortgage Acquisition Corp. (Dkt. No. 59), and Marix Servicing, Inc. (Dkt. No. 62), are VACATED and RESET to **June 19, 2012**, at 2:00 p.m. Plaintiffs' responses to the motions are due by May 22, 2012, and replies are due by May 29, 2012.

**IT IS SO ORDERED.**

Dated: May 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**CC: ADR**