ROBERT F. KANE (State Bar No. 71407)
E-mail: RKane1089@aol.com
LAW OFFICES of ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Telephone: (415) 982-1510
Facsimile: (415) 982-5821

SHIRLEY HOCHAUSEN (State Bar No. 145619)
LEGAL AID of MARIN
30 North San Pedro Road
San Rafael, CA 94903
Telephone: (415) 982-0230
Facsimile: (415) 492-0947

Attorneys for Plaintiffs
JOANN R. OWENS and LARRY M. OWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT of CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK of AMERICA, MARIX SERVICING, LLC, J.P. Morgan MORTGAGE ACQUISITION CORP, et al. <br><br> Defendants. | Case No. 4:11-CV-04580-YGR <br><br> ~~(PROPOSED)~~ ORDER |

Pursuant to the Stipulation of the parties, and good cause appearing therein,

IT IS HEREBY ORDERED:

Plaintiffs shall file their First Amended Complaint adding defendant Residential Credit Services, Inc.; Previous Defendants are deemed served the First Amended Complaint as of the filing of the Stipulation; Defendants Motions to Dismiss will be re-noticed ~~and the June 5, 2012 hearing removed from the calendar~~; and Plaintiffs shall have a summons issued to Residential Credit Solutions, Inc. and served.  First Amended Complaint shall be filed no later than 5/30/12.  This terminates Dkt. No. 68.

Date:  May 23, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

~~(PROPOSED)~~ ORDER