ROBERT F. KANE (State Bar No. 71407)
E-mail: RKane1089@aol.com
LAW OFFICES of ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Telephone: (415) 982-1510
Facsimile: (415) 982-5821

SHIRLEY HOCHAUSEN (State Bar No. 145619)
LEGAL AID of MARIN
30 North San Pedro Road
San Rafael, CA 94903
Telephone: (415) 982-0230
Facsimile: (415) 492-0947

Attorneys for Plaintiffs
JOANN R. OWENS and LARRY M. OWENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT of CALIFORNIA—OAKLAND DIVISION

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK of AMERICA, MARIX SERVICING, LLC, J.P. Morgan MORTGAGE ACQUISITION CORP, et al. <br><br> Defendants. | Case No.  4:11-CV-04580-YGR <br><br> ~~(PROPOSED)~~ ORDER <br> RESETTING HEARINGS AND <br> CASE MANAGEMENT CONFERENCE |

Pursuant to the Stipulation of the parties, and good cause appearing therein,

IT IS HEREBY ORDERED:

The hearing on the Motions to Dismiss First Amended Complaint filed by Bank of America and J.P. Morgan Mortgage Acquisition Corp is continued to October 2, 2012; Plaintiff's time to file Opposition is extended to September 7, 2012; and Defendants' time to file Reply to Opposition is extended to September 21, 2012. The case management conference currently set for August 27, 2012 is RESET to November 5, 2012 at 2:00 p.m.

Date:  July  5 , 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

~~(PROPOSED)~~ ORDER