UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

JOANN R. OWENS, et al.,
    Plaintiffs,

No. C 11-4580 YGR

v.

BANK OF AMERICA, et al.,
    Defendants.

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    September 25, 2012
Mediator:    Robert Pohls

    IT IS HEREBY ORDERED that the request to excuse defendants Residential Credit Solutions, Inc. and Marix Servicing, LLC's client representative, Maroln Frazier, from personal attendance at the September 25, 2012, mediation before Robert Pohls is GRANTED. Mr. Frazier shall be available at all times to participate telephonically in the mediation in accordance with ADR 6-10(f).

    IT IS SO ORDERED.

September 24, 2012    By:    _Elizabeth D. Laporte_
Dated                                             Elizabeth D. Laporte
                                              United States Magistrate Judge