**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN R. OWENS AND LARRY M. OWENS,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>BANK OF AMERICA, N.A., *ET AL.*,<br><br>　　　Defendants. | Case No.: 11-CV-4580 YGR<br><br>**ORDER VACATING HEARING** |

　　　The Court has reviewed the papers submitted by the parties in connection with the Motions to Dismiss of Defendants Bank of America, N.A. ("BANA"), J.P. Morgan Mortgage Acquisition Corp. ("JPM"), Marix Servicing, LLC ("Marix"), and Residential Credit Solutions ("RCS") and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the date for the hearing, previously set for **October 16, 2012**, is **VACATED**. The Court will issue a written decision on the papers.

　　**IT IS SO ORDERED**.

Date: October 12, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**