McCARTHY & HOLTHUS, LLP
James M. Hester, Esq. (SBN: 122133)
Andrew E. Hall, Esq. (SBN: 257547)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811
Email: ahall@mccarthyholthus.com

Attorney for Defendants
**Marix Servicing, LLC; Residential Credit Solutions, Inc.; and J.P. Morgan Mortgage Acquisition Corp.**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN R. OWENS and LARRY M. OWENS<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, MARIX SERVICING, LLC, J.P. MORGAN MORTGAGE ACQUISITION CORP. and DOES 1-50, inclusive<br><br>Defendants. | Case No. **11-cv-04580-YGR**<br><br>**SUBSTITUTION OF ATTORNEY** |

Pursuant to Northern District Local Rule 11-5, Defendant J.P. Morgan Mortgage Acquisition Corp., hereby substitutes the following retained attorney:

James M. Hester, Esq. (SBN 122133)
Andrew E. Hall, Esq. (SBN 257547)
ahall@mccarthyholthus.com
McCarthy Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

668179v1

```
 1  as its attorney of record in place and stead of:

 2  Mark L. Block (SBN 115457)
    mblock@wargofrench.com
 3  Laurie H. Selkowitz (SBN 274619)
    lselkowitz@wargofrench.com
 4  Wargo & French LLP
    1888 Century Park East, Suite 1520
 5  Los Angeles, CA 90067
    Telephone:  (310) 853-6300
 6  Facsimile:  (310) 853-6333

 7  ─────────────────────────────────────────────

 8
    I consent to the above substitution.
 9
         Dated: 10/31/12                         _____Laurie H. Selkowitz_____
10                                                      Laurie H. Selkowitz
11  ─────────────────────────────────────────────

12
13  I am admitted to practice in this District and accept the above substitution.
14
15       Dated: 9/21/12                          _____Andrew E. Hall_____
                                                         Andrew E. Hall
16
17  I am the defendant in the above-captioned action, and I consent to the above
    substitution.
18
         Dated:
19
                                                 Printed name: Marlon Frazier
20                                               J.P. Morgan Mortgage Acquisition
21                                               Corp.

22  ─────────────────────────────────────────────
    Substitution of attorney is hereby ☒ Approved.   ☐ Denied.
23
24
         Dated:  December 3, 2012                _____Yvonne Gonzalez Rogers_____
25                                                      Hon. Yvonne G. Rogers
26                                                      United States District Judge
                                                        YVONNE GONZALEZ ROGERS
27
28
                                      -2-
                          SUBSTITUTION OF ATTORNEY
```

668179v1