**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN R. OWENS AND LARRY M. OWENS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., *ET AL.*,<br><br>    Defendants. | Case No.: 11-cv-4580 YGR<br><br>**REVISED CASE MANAGEMENT AND PRETRIAL ORDER; ORDER RE: DEFENDANTS' DISCLOSURES** |

The Court hereby amends its Case Management and Pretrial Order, Dkt. No. 135, as follows:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| NON-EXPERT DISCOVERY CUTOFF: | February 10, 2014 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 3/3/14<br>Rebuttal: 3/17/14 |

All other dates set previously remain the same.

The Court further Orders that Defendants make available to Plaintiffs, for review and copying, Plaintiffs' loan (or client) file and communication logs no later than **November 15, 2013,** as stated on the record at the November 4, 2013 case management conference.

**IT IS SO ORDERED.**

Dated: November 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**