**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANN R. OWENS AND LARRY M. OWENS,<br><br>  Plaintiffs,<br><br>  vs.<br><br>BANK OF AMERICA, N.A., *ET AL.*,<br><br>  Defendants. | Case No.: 11-cv-4580 YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION** |

On November 6, 2013, Defendant Bank of America, N.A. filed a Motion to Dismiss for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. (Dkt. No.148.) The hearing on the motion is set for December 17, 2013. Plaintiffs' response was due on November 20, 2013. Civ. L.R. 7-3(a).

To date, Plaintiff has failed to oppose the Motion. Plaintiffs are **ORDERED TO SHOW CAUSE** why the motion should not be granted as unopposed and this action dismissed. Plaintiffs shall a written response to the Order to Show Cause and/or motion **no later than 9:00 a.m. on Monday, December 16, 2013**. Failure to respond timely will result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: December 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**